UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHARK COAST TACTICAL LLC,**

    Plaintiff,

v.                                      Case No: 8:17-cv-1841-T-35AEP

**AARON R. GERBER, Director of
Industry Operations Tampa Field
Division Bureau of Alcohol, Tobacco,
Firearms & Explosives,**

    Defendant.

---

### RELATED CASE ORDER
### AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.

It is **FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

**DONE AND ORDERED** in Tampa, Florida, this 4th day of August, 2017.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Attachment:
Notice of Pendency of Other Actions [mandatory form]
Copies to:   All Counsel of Record
             All *Pro Se* Parties

- 2 -

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHARK COAST TACTICAL LLC,**

    **Plaintiff,**

**v.**                                                            **Case No: 8:17-cv-1841-T-35AEP**

**AARON R. GERBER, Director of**
**Industry Operations Tampa Field**
**Division Bureau of Alcohol, Tobacco,**
**Firearms & Explosives,**

    **Defendant.**

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]