IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARK COAST TACTICAL LLC,

    Petitioner,

v.

                                                 Case No.: 8:17-cv-1841-T-35AEP

AARON R. GERBER, Director of
Industry Operations, Tampa Field
Division, Bureau of Alcohol, Tobacco,
Firearms & Explosives,

    Respondent.

_____/

**PETITIONER'S, SHARK COAST TACTICAL, LLC,
NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

   X   IS      related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**This case seeks judicial review of a final decision by the Bureau of Alcohol, Tobacco, Firearms & Explosives to revoke and deny federal firearms licenses of Petitioner. Apart from that administrative proceeding, Petitioner knows of no related cases.**

   ____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 17th day of August, 2017.

{045720-001 : TLEEK/DRFTMSC : 02164477.DOC; 1}



> By: /s/ Thomas J. Leek
> THOMAS J. LEEK
> FLA. BAR NO. 116408
> E-mail Address:
> Thomas.Leek@cobbcole.com
> Post Office Box 2491
> Daytona Beach, FL 32115-2491
> Telephone: (386) 323-9210
> Facsimile: (386) 944-7954
> ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed on this 17th day of August, 2017, with the CM/ECF system.

> /s/ Thomas J. Leek
> Attorney

{045720-001 : TLEEK/DRFTMSC : 02164477.DOC; 1}          2