UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____
)
SHARK COAST TACTICAL LLC,                    )
                                             )
                  Petitioner,                )
                                             )
        v.                                   )
                                             )        Case No. 8:17-cv-1841-T-35AEP
AARON R. GERBER, Director of                 )
Industry Operations, Tampa Field             )
Division, Bureau of Alcohol, Tobacco,        )
Firearms & Explosives,                       )
                                             )
                  Respondent.                )
_____)

## NOTICE OF COMPLIANCE

        Pursuant to Local Rules 2.02(a) and 2.01(d), the undersigned counsel, who was

admitted *pro hac vice* for this matter on August 16, 2017 (Dkt. # 6), hereby certifies that

on September 1, 2017, he complied with the electronic filing requirements of those rules

by registering with the CM/ECF system and providing an e-mail address for electronic

service by the Clerk.

                                        Respectfully submitted,

                                        /s/ Dan M. Peterson
                                        Dan M. Peterson
                                        Dan M. Peterson PLLC
                                        3925 Chain Bridge Road, Suite 403
                                        Fairfax, VA 22030
                                        (703) 352-7276
                                        dan@danpetersonlaw.com

                                        COUNSEL FOR PETITIONER
                                        SHARK COAST TACTICAL LLC