UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SHARK COAST TACTICAL, LLC, | : |
| Petitioner, | : |
| | : CASE NO. 8:17-cv-1841-T-35AEP |
| v. | : |
| AARON R. GERBER, in his capacity as Director of Industry Operations, Tampa Field Division, ATF | : |
| Respondent. | : |

## NOTICE OF SETTLEMENT

Respondent, upon agreement of counsel for Petitioner, hereby files this Notice of Settlement pursuant to Local Rule 3.08(a) and prays that the Court administratively close this file subject to the rights of either party to take the actions described in Local Rule 3.08(b) within 75 days.

Respectfully submitted,

**W. STEPHEN MULDROW**
Acting United States Attorney

By:    *s/ John F. Rudy, III*
**JOHN F. RUDY, III**
Assistant United States Attorney
Florida Bar No. 0136700
400 Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Fax: (813) 274-6200
E-Mail: john.rudy@usdoj.gov

1

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

    Dan M. Peterson

                                        By:   s/John F. Rudy, III
                                                    JOHN F. RUDY, III
                                                      Assistant United States Attorney