UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHARK COAST TACTICAL LLC,**

    Petitioner,

v.                                              Case No: 8:17-cv-1841-MSS-AEP

**AARON R. GERBER, Director of
Industry Operations, Tampa Field,
Division Bureau of Alcohol, Tobacco,
Firearms & Explosives,**

    Respondent.

___

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 25, 2017, Respondent filed a Notice of Settlement pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida. (Dkt. 12) Respondent requests that the Court administratively close this case "subject to the rights of either party to take the actions described in Local Rule 3.08(b) within 75 days." (Id.) Upon consideration, it is hereby

**ORDERED** that pursuant to Local Rule 3.08 (b), this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within seventy-five (75) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the seventy-five (75)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of October, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party