IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARK COAST TACTICAL LLC,

    Plaintiff,

v.

AARON R. GERBER, Director of
Industry Operations, Tampa Field
Division, Bureau of Alcohol, Tobacco,
Firearms & Explosives,

    Defendant.
_____/

Case No.: 8:17-cv-1841-T-35AEP

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Shark Coast Tactical LLC and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) Aaron R. Gerber, Bureau of Alcohol, Tobacco, Firearms and Explosives.



Dated: December 28, 2017

By: /s/ Thomas J. Leek
THOMAS J. LEEK
FLA. BAR NO. 116408
E-mail Address:
Thomas.Leek@cobbcole.com
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 323-9210
Facsimile: (386) 944-7954

DAN M. PETERSON (pro hac vice)
Dan M. Peterson, PLLC
E-mail Address:
dan@danpetersonlaw.om
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Telephone: (703) 352-7276
ATTORNEY FOR PLAINTIFF