UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHARK COAST TACTICAL LLC,**

    Plaintiff,

v.                                             Case No: 8:17-cv-1841-T-35AEP

**AARON R. GERBER, Director of
Industry Operations, Tampa Field,
Division Bureau of Alcohol, Tobacco,
Firearms & Explosives,,**

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 14) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** This case shall remain **CLOSED.**

**DONE and ORDERED** at Tampa, Florida this 2nd day of January, 2018.

                                                        MARY S. SCRIVEN
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party